### McNAMARA v. NASSAU ELECTRIC R. CO.

. (Supreme Court, Appellate Division, Second Department. April 18, 1899.)

APPEAL—REVIEW—VERDICT.
　　Where the evidence is conflicting, the court will not disturb the verdict.

Appeal from Kings county court.

Action by George J. McNamara against the Nassau Electric Railroad Company for personal injuries. From a judgment for plaintiff, and an order denying a new trial, defendant appeals. Affirmed.

Argued before GOODRICH, P. J., and CULLEN, BARTLETT, HATCH, and WOODWARD, JJ.

John M. Ward, for appellant.
A. E. Richardson, for respondent.

GOODRICH, P. J. The plaintiff was thrown from a car of the defendant while it was passing a curve. The defendant contends that the plaintiff was so intoxicated as not to be able to care for himself, and that the accident was directly caused thereby. About this controversy the evidence is quite contradictory, so much so that the court could not do otherwise than submit it to the jury. We cannot interfere with the verdict. The judgment must be affirmed.

Judgment and order affirmed, with costs. All concur.